**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 16-370-1** |
| | : | |
| **JOSE MORALES** | : | |

# ORDER

**AND NOW**, this 31st day of August 2022, upon considering Defendant's pro se Motion for compassionate release (ECF Doc. No. 195), review of his sealed medical records (ECF Doc. No. 197), and for reasons in the accompanying Memorandum describing no basis to find extraordinary and compelling reasons for his release, it is **ORDERED** Defendant's Motion for compassionate release (ECF Doc. No. 195) is **DENIED**.

_____
**KEARNEY, J.**