# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 16-370-1** |
| | : | |
| **JOSE MORALES** | : | |

# ORDER

**AND NOW**, this 26th day of December 2023, upon reviewing the Petitioner's pro se Motion for reduction of sentence (ECF No. 203) under the Sentencing Commission's amended downward adjustment for his "zero point" offender status at sentencing, the United States' Response (ECF No. 206), and for reasons in today's accompanying Memorandum, it is **ORDERED** the Petitioner's Motion (ECF No. 203) is **DENIED**.

_____
**KEARNEY, J.**